UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
CHARITY DANSO, :
*on behalf of herself and all others similarly* :
*situated*, :
: 24-CV-5802 (VSB)
    Plaintiff, :
: **ORDER**
-against- :
:
:
ZHU ENTERPRISES, INC., :
:
    Defendant. :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on July 31, 2024, (Doc. 1), and filed an affidavit of service on August 19, 2024, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was September 3, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 7, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 9, 2024
           New York, New York

                                                                      _____
                                                                       VERNON S. BRODERICK
                                                                       United States District Judge