**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHARITY DANSO, *on behalf of herself and all others similarly situated*,

                Plaintiff,

-against-

ZHU ENTERPRISES, INC.,

                Defendant.
------------------------------------------------------------x

24-CV-5802 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Thursday, December 12, 2024, at 12:00 p.m.** The dial in information is (866) 390-1828, access code 1582687. The parties should be prepared to discuss the applicability of *Mejia v. High Brew Coffee, Inc.*, 22-CV-3667, 2024 WL 4350912 (S.D.N.Y. Sept. 30, 2024) and *Sookul v. Fresh Clean Threads, Inc.*, 23-CV-10164, 2024 WL 4499206 (S.D.N.Y. Oct. 16, 2024).

        SO ORDERED.

                                                               *s/ Ona T. Wang*

Dated: November 6, 2024                             **Ona T. Wang**
        New York, New York                     United States Magistrate Judge