UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                             :

CHARITY DANSO, *on behalf of herself and* :
*all others similarly situated*,            :
                                             :

                             Plaintiff,    :                 24-CV-5802 (VSB)
                                             :

                   -against-             :                    **ORDER**
                                             :

ZHU ENTERPRISES, INC.,                :
                                             :

                                 Defendant.   :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

        ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated: January 7, 2025
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge